

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Lucie Wiggins

**Plaintiff,**

V.

United States

**Defendant.**

Civil Action No.   18cv1195-JLS-MDD

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court again DISMISSES Plaintiff's complaint WITH PREJUDICE.

Date:   6/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Lozano

M. Lozano, Deputy